Ryan Lee, Esq. 024846
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff
ROBERT WEISS

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WEISS, | Case No.: 4:09-cv-00455-CKJ |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| PLAZA ASSOCIATES, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT WEISS, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 25, 2010                          KROHN & MOSS, LTD.


                                                 By:/s/ Ryan Lee

                                                  Ryan Lee

                                                  Attorneys for Plaintiff,
                                                  ROBERT WEISS